IRON WORKERS' LOCAL NO. 25 PENSION FUND;
IRON WORKERS' LOCAL UNION NO. 25
INDIVIDUAL ACCOUNT RETIREMENT FUND;
IRON WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS LOCAL NO. 25
VACATION PAY FUND; and IRON WORKERS'
APPRENTICE FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

       Plaintiffs,

v.

MURRAY STEEL CORPORATION, a Michigan
corporation, MICHIGAN BRIDGE AND IRON, INC.,
a Michigan Corporation, PATRICIA KEYS and
DEAN G. KEYS, Individually,

       Defendants.

Case:  2:07-cv-15294
Hon.  Duggan, Patrick J.
Referral MJ:  Pepe, Steven D.

_____/

| | |
|---|---|
| **DAVID J. SELWOCKI  P51375** | **SARAH C. ARNOLD P52470** |
| Sullivan, Ward, Asher & Patton, P.C. | Garratt & Bachand, P.C. |
| Attorneys for Plaintiffs | Attorney for Defendants |
| 25800 Northwestern Highway | 74 West Long Lake Road, Suite 200 |
| Southfield MI  48037-0222 | Bloomfield Hills, MI  48304 |
| 248.746.0700 | 248.645.1450 |
| MACROBUTTON HtmlResAnchor dwilson@swappc.com | MACROBUTTON HtmlResAnchor saraharnold@comcast.net |

_____/

## STIPULATION AND ORDER OF DISMISSAL

    At a session of Court held in the City of Detroit, Wayne County, Michigan, on March 31, 2008.

    PRESENT:   <u>Hon. Patrick J. Duggan</u>
                   U.S. District Court Judge

    This matter having come before the Court upon stipulation of the parties through their respective attorneys' signatures below, to dismiss this action, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERD AS FOLLOWS:**

A. Case No.: 2:07-cv-15294 is hereby dismissed without prejudice and without costs subject to and based on the conditions of the Payment Agreement entered into between the parties which is hereby adopted by reference as if fully set forth herein;

B. If there is any violation of the Payment Agreement, Plaintiffs may move to reinstate Case No.: 2:07-cv-15294 by the filing of a Motion to Re-Open the Case for Entry of a Judgment;

C. The Court will retain jurisdiction for the purpose of enforcing the terms of the Payment Agreement.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: March 31, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2008, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

APPROVED AS TO FORM AND CONTENT:

s/
David J. Selwocki P51375
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan 48075
248.746.0700
dwilson@swappc.com


s/Sarah C. Arnold w/consent
Sarah C. Arnold P52470
Garratt & Bachand, P.C.
Attorney for Defendants
74 West Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
248.645.1450
saraharnold@comcast.net

W0610955/A35-052347